HARTWELL ABBEY, Respondent, v. LEVI H. MACE et al.,
Appellants.

(Submitted January 23, 1894; decided February 6, 1894.)

APPEAL from judgment of the General Term of the Court
of Common Pleas in and for the city and county of New
York, entered upon an order made June 6, 1892, which
affirmed a judgment in favor of plaintiff entered upon a ver-
dict, and which also affirmed an order denying a motion for a
new trial.

Martin J. Keogh for appellants.

Albert A. Abbott for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.